ROMERO, DEMANDANTE Y APELADO, *v.* SANJURJO, DEMANDADA Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de San Juan, Distrito Primero, en pleito sobre desahucio.

No. 3076.—Resuelto en noviembre 22, 1923.

DESAHUCIO—JURISDICCIÓN DEL TRIBUNAL SUPREMO—DESESTIMACIÓN DE APELACIÓN.—Procede desestimar por falta de jurisdicción en el Tribunal Supremo, una apelación en pleito de desahucio entablado ante una corte municipal, aún cuando la corte de distrito hubiera permitido una enmienda a la demanda.

Los hechos están expresados en la opinión.

Abogado de la apelante: *Sr. E. H. F. Dottin.*

Abogado del apelado: *Sr. M. Gaetán Barbosa.*

EL JUEZ ASOCIADO SR. FRANCO SOTO, emitió la opinión del tribunal.

Esta es una acción de desahucio que se interpuso origi-

nalmente en la Corte Municipal, Sección Primera, de San Juan.

La presente es una segunda apelación establecida contra la sentencia que dictó la Corte de Distrito Sección Primera, de San Juan, la que conoció del caso en virtud de apelación que se interpuso contra la sentencia de la corte municipal.

La sección 10 de la ley de desahucio, aprobada en marzo 9, 1905, dice:

"Sec. 10.—En los juicios de desahucio no se dará en ningún caso más de una apelación, que se ejercitará: para ante la Corte de Distrito de la sentencia dictada por las Cortes Municipales; y para ante la Corte Suprema, de las dictadas en primera instancia por las Cortes de Distrito."

De acuerdo con la disposición que antecede no se permite más de una apelación en los juicios de desahucio, y habiéndose ejercitado ya dicho recurso de la corte municipal para ante la corte inferior, la sentencia de esta última corte es definitiva y esta Corte Suprema carece de jurisdicción para revisar en apelación dicha sentencia.

Es verdad que cuando el caso fué visto en apelación ante la Corte de Distrito de San Juan se presentó y permitió una enmienda a la demanda, pero la enmienda no le daba jurisdicción original a la corte inferior aún asumiendo, sin resolver, que una enmienda puede ser permitida dándole jurisdicción original a dicha corte.

La apelación debe desestimarse.

*Desestimada la apelación.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Wolf, Aldrey y Hutchison.